

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00102-CV

MISSION PETROLEUM CARRIERS, INC.
v.
MARY DREESE AND DOLORES PEREZ, INDIVIDUALLY AND ON BEHALF OF
FRANCISCO PEREZ; JESSICA M. PEREZ AND JENNIFER L. PEREZ, INDIVIDUALLY
AND ON BEHALF OF FRANCISCO PEREZ

On Appeal from the
156th District Court of Live Oak County, Texas
Trial Cause No. L-16-0061-CV-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

March 8, 2018